Brandon Lindgren 118588
Name and Prisoner/Booking Number

Arizona State Prison - Florence West
Place of Confinement

P.O Box 9200
Mailing Address

Florence Az 85132
City, State, Zip Code

FILED ___ LODGED
___ RECEIVED ___ COPY
JUL 03 2014
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ B DEPUTY

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Brandon Lindgren
(Full Name of Plaintiff) Plaintiff,

vs.

(1) Rick Mauldin
(Full Name of Defendant)
(2) Cindy Bergen R.N.
(3) Mohammed Haleem MD
(4) The GEO Group Inc.
Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

**CV-14-01501-PHX-PGR(BSB)**

CASE NO. _____
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

Jury Trial Demanded

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Arizona State Prison-Florence West, Florence, Az

## B. DEFENDANTS

1. Name of first Defendant: __Rick Mauldin__. The first Defendant is employed as: __Warden__ at __Arizona State Prison - Florence West__.
   (Position and Title)     (Institution)

2. Name of second Defendant: __Cindy Bergen__. The second Defendant is employed as: __Health Services Administrator__ at __Arizona State Prison - Florence West__.
   (Position and Title)     (Institution)

3. Name of third Defendant: __Dr. Mohammed Haleem__. The third Defendant is employed as: __Doctor__ at __Arizona State Prison - Florence West__.
   (Position and Title)     (Institution)

4. Name of fourth Defendant: __the GEO Group Inc__. The fourth Defendant is employed as: _____ at __Arizona State Prison - Florence West__.
   (Position and Title)     (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? ____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: <u>Eighth Amendment</u>

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☒ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   1. On 3-10-13 I was diagnosed with a large Indirect Inguinal Hernia.
   2. I have been ordered to work on thirteen different occasions for as much as 6 hours a day.
   3. Security staff is aware of my serious medical condition but threatend more severe sanctions if I did not comply with there orders.
   4. These work sanctions are the result of a minor disciplinary infraction.
   5. The supervising officer and the disciplinary officer were fully aware of my medical condition at all times.
   6. I have discussed this medical issue with Warden Mauldin on several occasions. I have asked him for help numerous times but he failed to recognize the severity of the situation. Nurse Bergen and Dr. Haleem are responsible for my health care but failed to take the appropriate measures to keep me from working.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   1. On January 7, 2014 after performing work detail I was in severe pain and escorted to medical by officer Lopez and Lt. Lockett. At that time I was told by Nurse Candy that "if it hurts to walk then don't walk". I was then sent
   Cont. pg 3A

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Arizona Department of Corrections only allows 1 Grievance at a time

3

Count 1

continued From pg.3 para 4

back to my living area with nothing but aspirin.

2. As a result of this work duty this hernia has grown substantially. It has quadrupled in size and becomes more painful on a daily basis. The hernia is pushing on my testicles making daily tasks unbearable.

3. The actions of the defendants violates my Constitutional rights against Cruel and Unusual punishment.

4. Nurse Bergen and Dr. Haleem are responsible for my health care but failed to take appropriate measures to keep me from having to work.

3A

## COUNT II

1. State the constitutional or other federal civil right that was violated: Eighth Amendment

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   1. On 3-10-13 I was diagnosed with a left inguinal hernia. This injury developed while working in the Florence West kitchen. Some equipment was broken which required heavy lifting. At that time I was prescribed IBU 600 for the pain and told by Dr. Haleem that I would need to be surgically repaired.
   2. On 4-17-13 I was in extreme pain and requested to see medical. At that time Dr. Haleem issued me a hernia belt. I had difficulty putting on the belt because the hernia was in my scrotal sac. Dr. Haleem told me he would put in for an offsite request for surgery.
   3. On 8-1-13 I was again seen by Dr. Haleem for extreme pain and I was begining to get scared because the hernia was looking very serious. He offered me no relief at that time.
   4. On 10-3-13 I was again seen by Dr. Haleem and he still offered me no relief. He again told me he would send a request for offsite treatment.
   5. I was seen a total of 16 times since 3-10-13 and have recieved no relief from medical.
   6. I wrote Nurse Bergen on 12-2-13 and 4-24-14 and have talked with her numerous times. She refuses to be of assistance.
   7. I wrote Warden Mauldin on 4-21-14, 5-5-14, and 6-16-14 and he refuses.
   Continue pg 4A

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   1. Because of the deliberate indifference of Warden Mauldin, Nurse Bergen, and Dr. Haleem I suffer continually. There failure to treat this serious medical condition has caused pain, suffering, physical injury, and emotional distress which is in
   Continue pg 4B

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

Count II

Cont. pg 4 para 3

to look into this situation thoroughly. I have also discussed this issue with him in person several times and he offers no help.

8. I am in extreme pain daily. Because of this hernia I have trouble using the toilet an walking to meals.

9. I have submitted an Inmate Grievance to the Director but was denied because Dr. Haleem and Nurse Bergen have minimized the severity of this serious medical condition.

10. After reviewing my medical file I have found that Dr. Haleem has been untruthful. He did not document the fact that this hernia is in my testicles until 6-8-14. Several times since March 10, 2013 I have submitted a Health Need Request for the pain in my testicles.

4A

## Count II

Cont. pg 4 para 4

- Violation of the Eighth Amendment of the United States Constitution.

2. Warden Mauldin is responsible to make sure medical is treating me properly for my medical condition. His failure to do a proper investigation has resulted in my condition becoming worse. He refuses to take me serious when I tell him my pain is unbearable.

3. Nurse Bergen has assisted Dr. Haleem during my examinations. She has deliberately allowed Dr. Haleem to make false statements about the seriousness of my condition.

4. I fear that without the intervention of the Court I will suffer irreparable harm. I suffer daily with no relief from the pain and the mental anguish this medical condition is causing.

4B

## COUNT III

1. State the constitutional or other federal civil right that was violated: **Fourteenth Amendment**

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   1. Upon entering Arizona Department of Corrections I was given a physical exam and had no medical issues.
   2. On March 10, 2013 I was diagnosed with a Left Inguinal Hernia. This injury developed while working in the Florence West kitchen.
   3. I have been seen by medical sixteen times from March 10, 2013 to June 8, 2014 and have yet to get any relief from the pain this hernia is causing.
   4. I have written Warden Mauldin on 4-21-14, 5-5-14 and 6-16-14 asking for assistance with this matter. I have received no assistance from him.
   5. I have written Nurse Bergen on 12-2-13 and 4-24-14 and discussed my pain and suffering with her numerous times during my visits to medical. She has failed to respond in a professional manor or offer any relief.
   6. I have been seen by Dr. Haleem ten times from March 2013 to June 2014. He has not prescribed any medication since 4-17-13. I have told him how much pain I am in and how much I suffer everyday. I have informed him about my difficulty using the toilet and walking to meals and he offers no assistance. Dr. Haleem has verbally abused me on several occasions accusing me of
   Cont pg 5A

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   1. I have had this injury since March 10, 2013
   2. I suffer physically and mentally at all times due to this injury I got while working in the Florence West Prison kitchen. Cont. pg 5B

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Arizona Department of Corrections only allows 1 Grievance at a time.

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

Count III

Cont. pg 5 para 3

exagerating the pain.

7. This hernia is pushing into my testicles causing extreme pain in my lower back, abdomen, scrotum, and Anus.

8. I suffer from depression and anxiety caused by knowing what could happen if this hernia strangulates.

9. I life in constant fear of death everyday.

10. I cannot do normal daily activities as a result of this hernia.

5A

Count III

Cont pg 5 para 4

3. I do not have the ability to exercise or participate in any activities that other inmates do on a daily basis.

4. I am depressed and highly stressed because I can get no treatment for this injury. I live in constant fear of this hernia strangulating and causing further injury and the possibility of death.

5. I have been and will continue to be irreparably injured unless the court grants the injunctive relief I am seeking.

5B

## E. REQUEST FOR RELIEF

State the relief you are seeking:

I am seeking a preliminary injunction ordering defendants Mauldin, Bergen, and Haleem to stop deliberate indifference and provide adequate medical care. I am also seeking $80,000.00 in compensatory damages against each defendant jointly and severally. Punitive damages in the amount of $8,000.00 against each defendant. A Jury trial on all issues triable by Jury. My costs in this suit. Any additional relief this court deems just and proper. All medical costs related to this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7-2-2014
              DATE

_Brandon L. _____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

All statements in this document are the truth to the best of my knowledge.

I hereby certify that a copy of the foregoing document was mailed date 7-2-2014

Brandon Lindgren

Brandon Lindgren 118588

Arizona State Prison - Florence West

PO Box 9200

Florence, Az 85132

Brandon Lindgren 7-2-2014

Lisa Schultz
Notary Public
Pinal County, Arizona
My Comm. Expires 03/24/2016

Lisa Schultz 7-2-14



**PRISON LAW OFFICE**

General Delivery, San Quentin, CA 94964-0001
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Rebekah Evenson
Steven Fama
Warren George
Penny Godbold
Alison Hardy
Corene Kendrick
Kelly Knapp
Millard Murphy
Lynn Wu

**CONFIDENTIAL LEGAL MAIL**

5/7/2014

Brandon Lindgren, ADC 118588
Florence - West
P.O. Box 9200
Florence, AZ 85132

Dear Mr. Lindgren:

   I am writing in response to your letter we received 04/28/14, in which you state that you have a large and painful hernia. You also state that your testicles are swollen and it hurts to sit, stand, lay or walk.

   We are sorry to hear that you are in pain. Unfortunately, our lawsuit only covers medical care at the 10 prisons operated by ADC, and the Florence - West prison is a private prison owned and operated by the GEO Group, a corporation based in Florida. We apologize for being unable to assist you, either you or your family can contact the GEO Group at:

GEO Group, Inc.
One Park Place
621 N.W. 53rd Street, Ste 700
Boca Raton, FL 33487
— 866-301-4436

   Your family may also want to contact a reporter who is interested in the issue of medical care at prisons in Arizona. Her contact information is:

Wendy Halloran
200 E. Van Buren Street
Phoenix, AZ 85004
602-444-1357

Sorry and best of luck.

Sincerely,

Brandy Iglesias
Assistant under Corene Kendrick

Enclosures: None

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President •
Marshall Krause, Treasurer • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts