**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brandon Lindgren,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Rick Mauldin, et al.,<br><br>　　　　　Defendants. | No. CV-14-01501-PHX-PGR (BSB)<br><br>ORDER |

Having reviewed *de novo* the Report and Recommendation of Magistrate Judge Bade notwithstanding that no party has filed any objections to the Report and Recommendation, the Court finds that the Magistrate Judge correctly concluded that this action should be dismissed without prejudice due to the plaintiff's failure to return completed service packets as ordered by the Court on November 18, 2014 (Doc. 7), and his failure to respond in any manner to the Court's December 22, 2014 Order to Show Cause (Doc. 10).  Therefore,

IT IS ORDERED that the Magistrate Judge's Report and Recommendation (Doc. 11) is accepted and adopted by the Court.

/ / /

/ / /

1 | IT IS FURTHER ORDERED that this action is dismissed without prejudice pursuant to Fed.R.Civ.P. 41(b) due to the plaintiff's failure to comply with the Court's orders.

DATED this 9th day of March, 2015.

*[signature]*
Paul G. Rosenblatt
United States District Judge